FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SANDRA SPONCLER, as the personal representative of the Estate of Gene C. Sponcler,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, formerly known as Burlington Northern and Santa Fe Railway Company,<br><br>Defendant. | No.   2:19-cv-00286-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 14, 2022, the parties filed a Stipulated Motion to Dismiss, ECF No. 92. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulated Motion to Dismiss, **ECF No. 92**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

5.    The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 14th day of April 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2